**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

APR − 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __3:06CR98-WHA__ |
| v. | ) | [18 USC 2252A(a)(5)(B)] |
| | ) | |
| JOE HAMLIN | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 9, 2003, in Randolph County, Alabama, within the Middle District of Alabama, the defendant

JOE HAMLIN,

did knowingly possess film, videotape, computer disk and other materials that contain images of child pornography that have been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney