AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| JOE HAMLIN<br>17560 Co. Rd. 87<br>Woodland, AL | Case Number: 3:06cr98-WHA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Joe Hamlin
                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Possession of Child Pornography (1 ct)

in violation of Title ___18___ United States Code, Section(s) _2252A(a)(5)(B)_

DEBRA P. HACKETT
Name of Issuing Officer

BY: [signature]
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

4/6/06 - Montgomery, AL
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |