IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr98-WHA |
| | ) | |
| **JOE HAMLIN** | ) | |

<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, Joe Hamlin, in the above-styled case.

Dated this 23rd day of May 2006.

           Respectfully submitted,

           s/Jennifer A. Hart
           **JENNIFER A. HART**
           FEDERAL DEFENDERS
           MIDDLE DISTRICT OF ALABAMA
           201 Monroe Street, Suite 407
           Montgomery, AL 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           jennifer_hart@fd.org
           AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189