UNITED STATES OF AMERICA

v.

JOE HAMLIN

RECEIVED 2006 JUN 19 A 10:06

3:06CR98WHA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF INTENT TO PLEAD GUILTY

Comes now the defendant, Joe Hamlin and hereby notifies the US Attorney, by notification through the Office of the Clerk, United States District Court of his intent to change the plea entered on May 17, 2006 in the above forementioned case from not guilty to guilty.

~~Defendant~~ furthermore requests that the US Attorney engage in plea negotiations with defendant at this time.

The defendant is confident that this matter can be disposed of in a timely manner through plea negotiations.

Thank You

Joe Hamlin
June 14, 2006