COURTROOM DEPUTY MINUTES         DATE :   AUGUST 16, 2006

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED:    1:07 p. m. to 1:13 p.m.

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR98-WHA-CSC**     **DEFENDANT NAME: JOE HAMLIN**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  SUSAN REDMONS | ATTY.  JENNIFER HART |

☐     **DISCOVERY STATUS:**

_____
_____

√     **PENDING MOTION STATUS:**   Motion for Extension of Time to file Pretrial Motions by Deft. **Possible Motion to Dismiss to be filed by the Deft.**

☐     **PLEA STATUS:**

_____
_____

√     **TRIAL STATUS:  Case will go trial.  Case will take a 1 to 2 days for trial.**
_____

√     **REMARKS: Deft will have two weeks to file motions or inform the court that discovery has not been completed;**
_____