IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v                         )          CR. NO. 3:06cr98-WHA
                                  )
JOE HAMLIN                        )

**ORDER**

Upon consideration of the motion to extend time for filing pretrial motions (doc. # 15)

filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and the time for the filing

of pretrial motions be and is hereby EXTENDED from August 11, 2006 until August 30,

2006.

Done this 17th day of August, 2006.

                    /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE