| COURTROOM DEPUTY MINUTES | DATE: October 23, 2006 | FTR RECORDING: 10:49 – 11:02 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Risner | |

- ☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING   ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 3:06CR98-WHA-CSC | DEFENDANT NAME: JOE HAMLIN |
| AUSA: SUSAN REDMOND | DEFENDANT ATTY: JENNIFER HART |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; √ CDO |
| USPTS/USPO: | |
| Defendant ___ does √ does NOT need and interpreter. Name: | |

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity
√ Guilty as to:   √ Count(s) **1** of the **Indictment.**
☐ Count(s) _____   ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ ORDERED SEALED.
√ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued   ☐ Same Conditions/Bond imposed;
☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;
☐ Sentencing on _____;   ☐ to be set by Separate Order
√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.