IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06cr98-WHA |
| | ) | |
| JOE HAMLIN | ) | |

## ORDER

Now pending before the court is defendant Hamlin's motion to allow Jennifer Hart to withdraw as counsel of record and motion for appointment of a CJA panel attorney (doc. # 27).  Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Hamlin's motion to allow Jennifer Hart to withdraw (doc. # 27) be and is hereby GRANTED.  It is further

ORDERED that the defendant's motion to appoint a CJA panel attorney (doc. # 27) be and is hereby GRANTED.  The panel attorney shall file a notice of appearance with the court.

Done this 20th day of December, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE