IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06-cr-98-WHA |
| | ) | |
| JOE HAMLIN | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **JOE HAMLIN** in the above-styled matter.

Dated this 22nd day of December 2006.

    Respectfully submitted,

    s/Everett M. Urech
    **EVERETT M. URECH**
    **AL BAR NO.: ASB-6693-E44E**
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmon, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                  <u>s/Everett M. Urech</u>
                                  **EVERETT M. URECH**