IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06-cr-98-WHA |
| | ) | |
| JOE HAMLIN | ) | |

MOTION TO CONTINUE

**COMES NOW** the undersigned counsel, Everett M. Urech, and requests that the sentencing in this case now set for January 4, 2007 be continued. Counsel has just been appointed to the case and needs additional time to prepare. Also, counsel has a scheduled trip to Texas on this date.

Dated this 22nd day of December 2006.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmon, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

               <u>s/Everett M. Urech</u>
               **EVERETT M. URECH**