IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:06cr098-WHA |
| JOE HAMLIN ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #30), filed by counsel for the Defendant on December 22, 2006. For the reason that the defense counsel has just recently been appointed and needs additional time to prepare for sentencing, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from January 4, 2007, and RESET for February 1, 2007, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 28th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE