# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 1, 2007 | AT: | 10:00 a.m. |
| DATE COMPLETED: | March 1, 2007 | AT: | 10:12 a.m. |

UNITED STATES OF AMERICA       )
                               )
vs.                            )   CR. No. 2:06cr098-WHA
                               )
JOE HAMLIN                     )

_____

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Everett Urech |

_____

COURT OFFICIALS PRESENT

| | |
|---|---|
| Mitchell Reisner, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Scott Wright, USPO |
| Daniel Harrell, Law Clerk | |

COURTROOM PROCEEDINGS

**(X)   SENTENCING HEARING**

Hearing commences.
Defendant is sworn.
Parties have reviewed the presentence report and have no objections.
Court orally GRANTS the Government's Motion for Reduction (Doc. #36).
Court adopts the factual statements contained in the presentence report.
Defendant requests placement in a facility in Georgia.
Court states it does not make placement recommendations and Defendant's counsel should contact the
    Bureau of Prisons to make the request.
Government requests a risk assessment be done after Defendant's service of his sentence before being placed
    on supervised release.
Court states it will include such language in the judgment.
Court accepts the Plea Agreement.
Sentence is stated.
No objections to statement of sentence.
Sentence is ORDERED imposed as stated with additional risk assessment language to be included in the judgment.
Defendant waives his right of appeal.
Defendant is recommitted to the custody of the U. S. Marshal to be returned to state custody to finish serving his
    state sentence before beginning service of his federal sentence.
Court is adjourned.